# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTONIO RAMIREZ-MIGUEL,

Petitioner(s),

v.

WARDEN NORTHWEST ICE PROCESSING CENTER, et al.,

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER C26-3011-KKE

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court GRANTS the habeas petition. Dkt. No. 1. The Court ORDERS that Petitioner shall be released from custody no later than September 18, 2026, on reasonable terms of supervision.

Dated September 17, 2026.

Joshua C. Lewis
Clerk of Court

*/s/ Alejandro Pasaye Hernandez*
Deputy Clerk